918

No. 987. NUTT ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *William Lee McLane, Nola McLane* and *Thaddeus Rojek* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin, Melva M. Graney* and *Carolyn R. Just* for respondent.

No. 1000. MORGAN ET VIR *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Richard E. Thigpen* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Melva M. Graney* for respondent.

No. 1045. HERMAN *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. *William C. Erbecker* for petitioner. *John J. Dillon,* Attorney General of Indiana, and *Douglas B. McFadden,* Deputy Attorney General, for respondent.

No. 1097. MECHANICAL CONTRACTORS BID DEPOSITORY *v.* CHRISTIANSEN, DBA PALMER-CHRISTIANSEN CO. C. A. 10th Cir. Certiorari denied. *I. Daniel Stewart, Jr.,* for petitioner. *Allan E. Mecham* for respondent.

No. 1101. SLATER *v.* TARVER ET AL. C. A. D. C. Cir. Certiorari denied.

No. 1103. BEM *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Yolo. Certiorari denied. *Harry A. Ackley* for petitioner.

No. 1121. SCHULTZ *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Michael A. Querques* for petitioner.